**OFFICE OF THE FEDERAL PUBLIC DEFENDER**
**DISTRICT OF MARYLAND**

NORTHERN DIVISION
TOWER II, NINTH FLOOR
100 SOUTH CHARLES STREET
BALTIMORE, MARYLAND  21201-2705
TEL: (410) 962-3962
FAX: (410) 962-3976
TOLL FREE: (855) 213-8450
EMAIL: Katherine_Newberger@fd.org

JAMES WYDA  KATHERINE TANG NEWBERGER
FEDERAL PUBLIC DEFENDER  FIRST ASSISTANT FEDERAL PUBLIC DEFENDER

July 24, 2023

Hon. Paula Xinis
U.S. District Court
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re:    <u>United States v. Matthew Browndorf</u>
              Criminal Case No. PX-22-00291

Dear Judge Xinis:

      I write on behalf of the parties to provide a status report in this matter.  The Government has provided voluminous discovery, and we are working together to resolve some technological issues with some of the discovery that has made it impossible to meaningfully review.  The parties conferred a couple of weeks ago, and discussed conferring again in late August to determine whether the case could resolve via plea agreement or if, instead, the parties would request the Court set a motions hearing and trial date.  Accordingly, the parties ask to provide the Court with another status report no later than September 1, by which time we will be in a position to know whether we would like the Court to schedule this case for trial.

                                          Respectfully,

                                          /s/

                                      Katherine Tang Newberger
                                      First Assistant Federal Public Defender

cc:    Matthew Phelps & Stephanie Williamson, Assistant United States Attorneys
        Cynthia Frezzo, Assistant Federal Public Defender