IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | : | |
| | : | |
| v. | : | Case No. LKG-22-0291 |
| | : | |
| MATTHEW C. BROWNDORF, | : | |
| | : | |
| Defendant. | : | |

**ORDER ON CONSENT MOTION FOR ORDER
ALLOWING DEFENDANT TO GO TO BOP**

The Court, having considered the defendant's Consent Motion for Order Allowing Defendant To Go to BOP, and good cause having been shown, it is this __14th__ day of December 2023, HEREBY ORDERED, that the motion is GRANTED. Mr. Browndorf is not needed back in the District of Maryland at this time and he can be sent to a Bureau of Prisons facility to begin service of the sentence imposed by Judge J.P. Stadtmueller of the U.S. District Court for the Eastern District of Wisconsin in *United States v. Matthew Browndorf*, Criminal Case No. JPS-22-0252.

_____
HON. TIMOTHY J. SULLIVAN
Chief United States Magistrate Judge