IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. LKG 22-291 |
| | * | |
| MATTHEW C. BROWNDORF, | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | ****** | |

**GOVERNMENT'S SUPPLEMENTAL FILING**

    The Government is providing the attached letter that it received from Liberty Mutual on December 12, 2024.

                                       Respectfully Submitted,

                                       Erek L. Barron
                                       United States Attorney

By:             /s/                    
                                       Christopher Sarma
                                       Joshua Rosenthal
                                       Assistant United States Attorneys

**DECLARATION OF GENISE TEICH**

I, Genise Teich, declare under penalty of perjury the following:

1. I am Senior Surety Claims Counsel for Liberty Mutual Insurance Company ("Liberty Mutual") and provide this declaration based upon my personal knowledge and belief.

2. In reliance upon an Indemnity Agreement signed by Matthew Browndorf as managing member of BP Fisher Law Group, LLP ("BP"), Developers Surety and Indemnity Company ("Developers") issued, as surety, certain foreclosure bonds to BP employees, as principals, engaged to foreclose loans against certain properties (the "Bonds"). Proceeds from the foreclosures were deposited into BP's accounts and were owed to certain mortgage companies who held the loans ("Obligees").

3. Liberty Mutual is the assignee of and administrator for Developers.

4. The nature of the foreclosure bond is such that if BP did not pay the Obligees amounts owed on the foreclosures, Liberty Mutual would make said payments if otherwise required by the Bonds. Under the Indemnity Agreement, Liberty Mutual would be entitled to recover the amount paid from the indemnitors.

5. BP did not perform its obligations and Obligees made certain claims against the Bonds. I was the claims counsel responsible for handling the clams. Liberty Mutual paid sums to Obligees under the Bonds and, while Liberty Mutual was able to recover some such money, it has not recovered its entire loss. Attached hereto as **Exhibit 1** is a true and correct payment history under the Bonds that shows Liberty Mutual has a net loss of at least $732,828.43.

6. I understand that Matthew Browndorf controlled BP's accounts and that Mr. Browndorf caused the funds to be transferred out of BP's accounts, which meant BP was unable to pay the Obligees on the Bonds or to repay Liberty Mutual. It is because of that failure to pay that Liberty Mutual was required to make the payments described in

Paragraph 5 above.

  **I hereby declare under the penalty of perjury that the foregoing is true and correct. Executed this 12th day of December, 2024.**

            By: *Genise Teich*
               Genise Teich

DECLARATION OF GENISE TEICH - 2

# EXHIBIT 1

**Liberty Mutual Surety**

Payment History Report - As of  09/18/2024

## Account: Bp Fisher Law Group LLP

| Account Totals | |
|---|---|
| **Cost Category** | **Totals:** |
| Expense | $112,418.74 |
| LOSS | $920,000.00 |
| Salvage | ($325,824.40) |
| Salvage Expense | $26,234.09 |
| Total Payments: | $732,828.43 |

| Claimnumber | Principal | Payee | Status | Cost Cat | Check Date | Checknumber | Amount |
|---|---|---|---|---|---|---|---|
| **16L000610** | **William K Smart Susan Scanlon Caroline Manne** | **Richard Marshack, Ch. 7 Trustee** | Submitted | SAL | 09/29/2023 | 200025 | ($325,824.40) |
| | | **Select Portfolio Servicing, Inc.** | Submitted | LOSS | 02/03/2022 | 0004621791 | $730,000.00 |
| | | | Submitted | LOSS | 03/10/2023 | 0070419916 | $100,000.00 |
| | | **Sokol Larkin, Portland (LMO)** | Submitted | SE | 09/21/2022 | 0070388976 | $3,916.40 |
| | | | Submitted | SE | 10/14/2022 | 0070394001 | $2,080.50 |
| | | | Submitted | SE | 11/15/2022 | 0070399913 | $3,925.87 |
| | | | Submitted | SE | 12/19/2022 | 0070406500 | $2,679.19 |
| | | | Submitted | SE | 01/18/2023 | 0070411735 | $805.00 |

# Liberty Mutual Surety
## Payment History Report - As of 09/18/2024



## Account: Bp Fisher Law Group LLP

| Claimnumber | Principal | Payee | Status | Cost Cat | Check Date | Checknumber | Amount |
|---|---|---|---|---|---|---|---|
| 16L000610 | William K Smart<br>Susan Scanlon<br>Caroline Manne | Sokol Larkin, Portland (LMO) | Submitted | SE | 02/16/2023 | 0070416433 | $3,484.16 |
| | | | Submitted | SE | 03/13/2023 | 0070420188 | $641.46 |
| | | | Submitted | SE | 03/20/2023 | 0070421390 | $2,195.41 |
| | | | Submitted | SE | 04/17/2023 | 0070425839 | $385.80 |
| | | | Submitted | SE | 05/10/2023 | 0070429844 | $1,182.50 |
| | | | Submitted | SE | 06/15/2023 | 0070435598 | $1,320.00 |
| | | | Submitted | SE | 08/30/2023 | 0070447484 | $55.00 |
| | | | Submitted | SE | 09/15/2023 | 0070450252 | $743.70 |
| | | | Submitted | SE | 10/12/2023 | 0070454408 | $56.60 |
| | | Wright, Constable & Skeen, LLP, Baltimore (LMO) | Submitted | EXP | 01/04/2021 | 0070263036 | $10,147.50 |
| | | | Submitted | EXP | 01/06/2021 | 0070265587 | $1,292.50 |
| | | | Submitted | EXP | 06/14/2021 | 0070294838 | $16,162.50 |
| | | | Submitted | EXP | 06/21/2021 | 0070295914 | $3,536.95 |
| | | | Submitted | EXP | 08/03/2021 | 0070304437 | $4,840.00 |

# Liberty Mutual Surety 

## Payment History Report - As of 09/18/2024

## Account: Bp Fisher Law Group LLP

| Claimnumber | Principal | Payee | Status | Cost Cat | Check Date | Checknumber | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 16L000610 | William K Smart<br>Susan Scanlon<br>Caroline Manne | Wright, Constable & Skeen, LLP, Baltimore (LMO) | Submitted | EXP | 08/04/2021 | 0070305913 | $15,482.50 |
| | | | Submitted | EXP | 08/25/2021 | 0070308836 | $7,507.50 |
| | | | Submitted | EXP | 09/06/2021 | 0070311839 | $1,885.00 |
| | | | Submitted | EXP | 10/22/2021 | 0070321339 | $180.00 |
| | | | Submitted | EXP | 11/11/2021 | 0070325780 | $10,062.80 |
| | | | Submitted | EXP | 11/11/2021 | 0070325787 | $6,658.72 |
| | | | Submitted | EXP | 11/15/2021 | 0070326333 | $2,997.50 |
| | | | Submitted | EXP | 12/09/2021 | 0070331545 | $990.00 |
| | | | Submitted | EXP | 03/01/2023 | 0070418372 | $275.00 |
| | | | Submitted | EXP | 03/13/2023 | 0070420181 | $3,877.50 |
| | | | Submitted | SE | 03/14/2023 | 0070420357 | $2,282.50 |
| | | | Submitted | SE | 06/20/2023 | 0070436100 | $390.00 |
| | | | Submitted | SE | 12/21/2023 | 0070465657 | $90.00 |

Total: $616,305.66

# Liberty Mutual Surety

Payment History Report - As of 09/18/2024



## Account: Bp Fisher Law Group LLP

| Claimnumber | Principal | Payee | Status | Cost Cat | Check Date | Checknumber | Amount |
|---|---|---|---|---|---|---|---|
| 16L000938 | Bp Fisher Law Group LLP | Gordon Feinblatt, LLC | Submitted | EXP | 03/19/2024 | 0070478130 | $10,000.00 |
| | | Nationstar Mortgage LLC | Submitted | LOSS | 04/02/2024 | 0070480177 | $90,000.00 |
| | | Wright, Constable & Skeen, LLP, Baltimore (LMO) | Submitted | EXP | 03/19/2024 | 0070478114 | $6,497.00 |
| | | | Submitted | EXP | 03/25/2024 | 0070478988 | $9,385.77 |
| | | | Submitted | EXP | 04/17/2024 | 0070482746 | $460.00 |
| | | | Submitted | EXP | 07/22/2024 | 0070497149 | $180.00 |
| | | | | | | Total: | $116,522.77 |